RECEIVED

JUN 27 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 18 80112 MISC.

IN RE APPLICATION OF HOTELES CITY EXPRESS, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE pursuant to 28 U.S.C. § 1782 For Judicial Assistance in Obtaining Evidence From FACEBOOK, INC.

Case No.

[PROPOSED] ORDER RE EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FOR USE IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782

The Court having considered HOTELES CITY EXPRESS, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE's ("Hoteles City Express" or "Applicant") Ex-Parte Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782 (the "Application"), and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Hoteles City Express' ex parte application for assistance under 28 U.S.C. § 1782 is GRANTED, and Hoteles City Express is hereby authorized to propound and serve a business record subpoena pursuant to Federal Rules of Civil Procedure Rule 45 upon Facebook, Inc. to request and obtain from said company production of its business records reflecting:

1

[PROPOSED] ORDER RE EX PARTE APPLICATION PURSUANT TO 28 U.S.C.

(1) the subscriber information identifying the "owner" of the Facebook page located at the following URL: "https://www.facebook.com/JoseJuanEsp/"; and

(2) the subscriber information identifying the person or entity that owns the Facebook page and/or posted the video located at the following URL: "https://www.facebook.com/JoseJuanEsp/videos/995968837194947/"

IT IS SO ORDERED.

Dated: _____, 2018

UNITED STATES DISTRICT JUDGE

---

2

[PROPOSED] ORDER RE EX PARTE APPLICATION PURSUANT TO 28 U.S.C.